E-FILED 01/29/10
JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT EQUIPMENT INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL FULLER doing business as REVOLUTION SUPPLY COMPANY; REVOLUTION SUPPLY CO., INC., a California Corporation; MAS SUPPLY, INC., a California Corporation; DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV09-07733PSG (RNBx)<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Perfect Equipment Inc. sued Defendants Russell Fuller, Revolution Supply Company, Revolution Supply Co., Inc. and MAS Supply, Inc. for infringement of U.S. Patent No. 6,364,421 and for unfair competition under federal and state law. The Defendants deny those claims. Plaintiff and Defendants want to settle this dispute without any admission of liability of any party hereto, and good cause appearing therefore, the Plaintiff and Defendants, through their attorneys, hereby stipulate, and it is hereby:

ORDERED: That Defendants RUSSELL FULLER individually and dba REVOLUTION SUPPLY COMPANY, REVOLUTION SUPPLY COMPANY, INC. and MAS SUPPLY, INC. ("Defendants"), their agents, employees, affiliates, and all others who are in privy with Defendants are hereby permanently enjoined from manufacturing, importing, using, selling or offering to sell any wheel balancing device which infringes any claim of United States Letter of Patent No. 6,364,421, and it is further

ORDERED: That Defendants, their agents, employees, affiliates, and all others who are in privy with Defendants are enjoined from using the packaging of Exhibit 1 or part numbers 200624S, 200624IM, 200624V, 300360, 300360IM, 300360V in connection with the sale of wheel balancing weights in any way that causes a likelihood of confusion between Defendants on the one hand and Plaintiff on the other hand unless the wheel weights and packaging were manufactured or sold by Plaintiff, and it is further

ORDERED: That this Court shall retain jurisdiction to enforce this Permanent Injunction or for modification or dissolution of this Order as future events may warrant; and it is further

ORDERED: The Complaint is dismissed with prejudice, each party bear its own costs and attorney fees.

Dated: 01/29/10

*[signature]*

Philip S. Gutierrez
United States District Judge

T:\Client Documents\REVOS\001L\Order Granting Stip Prot Order.DOC

Exhibit 1